# Exhibit A

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | FOR COURT USE ONLY |
|---|---|
| STATE BAR NUMBER:<br>NAME: Micah Erstling<br>FIRM NAME:<br>STREET ADDRESS: 125 Borinquen Place Apt 203<br>CITY: Brooklyn STATE: NY ZIP CODE: 11211<br>TELEPHONE NO.: 7636568107 FAX NO.:<br>EMAIL ADDRESS: micah.erstling@gmail.com<br>ATTORNEY FOR *(name)*: | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara**<br>STREET ADDRESS: 1095 Homestead Road<br>MAILING ADDRESS: 1095 Homestead Road Santa Clara, CA 95050 United States<br>CITY AND ZIP CODE: Santa Clara 95050<br>BRANCH NAME: Santa Clara Courthouse | |
| PLAINTIFF: Micah Erstling<br>DEFENDANT: Apple, Inc.<br>☐ DOES 1 TO ____ | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>☐ **AMENDED *(Number)*:**<br>**Type *(check all that apply)*:**<br>☐ **MOTOR VEHICLE** ☒ **OTHER *(specify)*:** Damages, Restitution, Injuctive Re<br>☐ **Property Damage** ☐ **Wrongful Death**<br>☐ **Personal Injury** ☐ **Other Damages *(specify)*:** | CASE NUMBER: |
| **Jurisdiction** *(check all that apply)*:<br>☐ **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000<br>☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**<br>☐ **ACTION IS RECLASSIFIED by this amended complaint**<br>☐ **from limited to unlimited**<br>☐ **from unlimited to limited** | |

1. **Plaintiff** *(name or names)*: Micah Erstling
   alleges causes of action against **defendant** *(name or names)*:
   Apple, Inc.
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:
   b. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4. ☐ Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* Apple Inc.,
      (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*
   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*
   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*
   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☒ Plaintiff is required to comply with a claims statute, **and**
   a. ☒ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   - a. ☐ Motor Vehicle
   - b. ☒ General Negligence
   - c. ☐ Intentional Tort
   - d. ☐ Products Liability
   - e. ☐ Premises Liability
   - f. ☒ Other *(specify):* Violation of Consumer Legal Remedies Act, Violation of Unfair Competition Law, California Consumer Privacy Act and many others.

11. Plaintiff has suffered *(check all that apply)*
   - a. ☒ wage loss.
   - b. ☐ loss of use of property.
   - c. ☐ hospital and medical expenses.
   - d. ☒ general damage.
   - e. ☐ property damage.
   - f. ☒ loss of earning capacity.
   - g. ☒ other damage *(specify):* Mental damage

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   - a. ☐ listed in Attachment 12.
   - b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
By virtue of this action, Plaintiff seeks redress for his individual damages and seeks to enjoin Apple's ongoing unlawful and unfair practices. Plaintiff also seeks attorneys' fees, costs, and expenses.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   - a. (1) ☒ compensatory damages.
     (2) ☒ punitive damages.
   - b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
     (1) ☒ according to proof.
     (2) ☒ in the amount of: $ According to proof

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
Plaintiff Micah Erstling brings this action against Apple to recover damages sustained in reliance on Apple's long-standing campaign of representing that its App Store is "a safe and trusted place," including the "Ronin" application that he downloaded

Date:

07/23/24

(TYPE OR PRINT NAME) ▶ [signature] (SIGNATURE OF PLAINTIFF OR ATTORNEY)



privacy, please press the Clear This Form button after yo Print this form Save this form Clear this form