UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH ERSTLING,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC,<br><br>　　　　　Defendant. | Case No. 24-cv-05981-EKL<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

Plaintiff Micah Erstling ("Plaintiff"), proceeding in pro se, filed an amended complaint alleging claims against Defendant Apple Inc. ("Defendant"). ECF No. 27. On April 25, 2025, Defendant filed a motion to dismiss Plaintiff's claims. ECF No. 31. Plaintiff's opposition or other response to this motion was due by May 9, 2025. As of the date of this Order, Plaintiff has not filed an opposition or other response.

Plaintiff is ORDERED TO SHOW CAUSE, in writing and no later than July 1, 2025, why this case should not be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Alternatively, Plaintiff may file an opposition or other response to the motion to dismiss by July 1, 2025. If Plaintiff files an opposition or response by that date, Defendant may file a reply by July 8, 2025. If Plaintiff fails to file an opposition or other response to the motion to dismiss by July 1, 2025, this action will be DISMISSED for failure to prosecute. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: June 4, 2025

Eumi K. Lee
United States District Judge