UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH ERSTLING,<br><br>              Plaintiff,<br><br>       v.<br><br>APPLE INC,<br><br>              Defendant. | Case No. 24-cv-05981-EKL<br><br>**ORDER OF DISMISSAL** |

In this action, *pro se* Plaintiff Micah Erstling ("Plaintiff") alleges that he downloaded the Ronin application from the App Store operated by Defendant Apple Inc. ("Apple"). First Am. Compl. at 1, ECF No. 27. Plaintiff asserts that he downloaded Ronin in reliance on Defendant's representations that the App Store is safe, but that hackers stole the cryptocurrency he transferred to Ronin. *Id.* Plaintiff asserts claims against Defendant for violations of state and federal law, and for negligence. *Id.*

On February 13, 2025, the Court granted Defendant's motion to dismiss the complaint without prejudice. ECF No. 26. On March 12, 2025, Plaintiff filed an amended complaint. ECF No. 27. On April 25, 2025, Defendant moved to dismiss the amended complaint. ECF No. 31. Plaintiff did not file an opposition. *See* ECF No. 32.

On June 4, 2025, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute, and directed Plaintiff to file either a written response to the order to show cause, or an opposition to the motion, by July 1, 2025. ECF No. 33. As of the date of this order, Plaintiff has not filed an opposition or a response.

//

//

1    Accordingly, based on Plaintiff's failure to respond, and for the reasons stated in its June 4,
2    2025 order, the Court DISMISSES this action without prejudice. *See* Fed. R. Civ. P. 41(b).
3    **IT IS SO ORDERED.**
4    Dated: July 9, 2025

Eumi K. Lee
United States District Judge